IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IN RE:   GRAND SOLEIL - Natchez, LLC                          CASE NO. 11-01632NPO

MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR RESPONSE

COMES NOW, the Involuntary Debtor, GRAND SOLEIL NATCHEZ, LLC, by and through counsel, and moves this court for an extension of time within which to file Answer or Response, and in support thereof shows unto the Court the following:

1.

The debtor was served with Summons To Debtor in Involuntary Case on or about May 10, 2011.  This matter is governed by the Federal Rules of Bankruptcy Procedure, Rule 1011(c).

2.

The debtor has just retained counsel, who has not had time to prepare a sufficient response on behalf of the debtor.

3.

The Debtor requires an additional fifteen (15) days in which to complete the response and supporting documents.

4.

No creditor would be prejudiced by an extension of fifteen (15) days, and no previous extension has been sought in this case.

WHEREFORE, PREMISES CONSIDERED, the debtor prays that this court will grant an extension of fifteen (15) days in which to file an Answer or Response on behalf of GRAND SOLEIL - NATCHEZ, LLC.

RESPECTFULLY SUBMITTED, this the 31st day of May, 2011.

                                                GRAND SOLEIL NATCHEZ, LLC, DEBTOR

                                                \S\ L. JACKSON LAZARUS
                                                    R. KENT HUDSON
                                                   Attorneys for the Debtors

## CERTIFICATE OF SERVICE

I, the undersigned attorney at law do hereby certify that I have this date mailed by U. S. Mail, U. S. postage prepaid, a true and correct copy of the above and foregoing Motion to each of the following:

| | |
|---|---|
| Betty Ruth Fox | U. S. Trustee |
| Jim F. Spencer, Jr | 100 W. Capitol St. Ste. |
| P. O. Box 650 | Jackson, MS  39269 |
| Jackson, MS  39205-0650 | |

**SO CERTIFIED,** this the 31st day of May, 2011.

                                                /S/ **L. JACKSON LAZARUS**
                                                  **R. KENT HUDSON**