IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CHAPTER 7
GRAND SOLEIL - NATCHEZ, LLC     CASE # 11-01632NPO
    INVOLUNTARY

## MOTION TO CONTINUE

COMES NOW, Grand Soleil - Natchez, LLC, the alleged debtor, in the above referenced Chapter 7 involuntary case, by and through Counsel, and files this Motion to Continue the trial of this matter, and in support of said rescheduling shows the Court as follows:

1. One of the attorneys for Grand Soleil - Natchez, LLC, R. KENT HUDSON, has a previously scheduled commitment on the date of the hearing in this matter. Even though he has attempted to have the other matter postponed, he has been unable to do so.

2. The alleged debtor would be prejudiced if its chief counsel were unable to appear.

3. No party would be prejudiced by a short delay.

WHEREFORE, PREMISES CONSIDERED, Grand Soleil - Natchez, LLC, prays that this hearing be re-scheduled at a time when chief counsel may be present.

Dated: June 23, 2011.

    Respectfully submitted,

    /s/ L. Jackson Lazarus
    Attorney for Grand Soleil- Natchez, LLC

R. KENT HUDSON 2844
L. Jackson Lazarus   1114
MB #1114
P O Box 1286
Natchez, MS 39120
(601) 445-0509
jacklaz@cableone.net
MSB#1114

CERTIFICATE OF SERVICE

    I, L. Jackson Lazarus, attorney for Grand Soleil - Natchez, do hereby certify that I have this day caused to be mailed, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Continuance to:

Henry G. Hobbs, Jr
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov
Jackson, MS 39269

Jim F. Spencer
Attorney for Petitioning Creditor
jspencer@watkinseager.com

Bruce M. Kuehnle, Jr
Attorney for United MS Bank
kuehnle@bellsouth.net

Eileen N. Shaffer
Attorney for United MS Bank
enslaw@bellsouth.net

Robert C. Latham
Attorney for Petitioning Creditor
rclatham@bellsouth.net

This the 23rd day of June, 2011.

    /s/   L. Jackson Lazarus