IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF
GRAND SOLEIL-NATCHEZ, LLC

CASE #: 11-01632-NPO

## MOTION TO DISMISS PETITION
## FOR INVOLUNTARY BANKRUPTCY

**COMES NOW** the Alleged Debtor ("Grand Soleil"), through counsel, and files this Motion to Dismiss Involuntary Bankruptcy petition. In support hereof, Grand Soleil shows as follows:

1. 11 U.S.C. 303(b)(1) provides, in part, that even if there are 12 or more creditors, an involuntary bankruptcy cannot be commenced unless there are three creditors,

> ...each of which is either a holder of a claim against such person that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount, or an indenture trustee representing such a holder, if such noncontingent, undisputed claims aggregate at least $14,425.00 more than the value of any lien on property of the debtor securing such claims held by the holders of such claims;

2. Neither Good Hope Construction, LLC ("Good Hope") nor Farmer Electrical Service Company, Inc. ("Farmer") qualify under Section 303(b) as a petitioning creditor. The claims of Good Hope and Farmer Electrical are subject to bona fide dispute as contemplated by Section 303(b), thus disqualifying both petitioners.

3. At the time of the filing of the petition, both Good Hope and Farmer knew, or should have known, that the amounts claimed were not correct. Additionally, there is a bona fide dispute as to the liability of Grand Soleil for the Good Hope claim.

- 1 -

4. Any monies owed to Good Hope are owed by Big River Enterprises, LLC, with whom Good Hope entered into an "Owner and Contractor's Agreement" dated March 15, 2007. A copy of this agreement is attached as Exhibit A. Attached as Exhibit B are copies of invoices wherein Good Hope billed <u>Big River Enterprises</u> for the services and payments alleged to be due under the terms of the March 15, 2007 Agreement.

5. Though under Mississippi law Good Hope may have been entitled to a construction lien against Grand Soleil's real property, Good Hope is not (and was not) a direct creditor of Grand Soleil. This was known to Good Hope at the time of filing the petition, yet Good Hope filed anyway and in total disregard of the resulting damage to Grand Soleil and its ongoing financing efforts. To file a petition for involuntary bankruptcy at a time when the petitioning party knows that there is a bona fide dispute as to amount and liability constitutes bad faith.

6. Good Hope and Farmer Electrical have previously filed suit in the Circuit Court of Adams County, Mississippi (initially filed December 8, 2009, in Cause #09-KV-0128-S), seeking to enforce their claims against Big River and their respective construction liens against Grand Soleil. The Adams County Circuit Court is the proper forum to litigate these disputed claims.

7. Alternatively, Good Hope, Farmer Electrical and Ketco are all secured creditors, and are thus disqualified as petitioners under Section 303(b).

8. Grand Soleil is entitled to a dismissal of the petition under Sections 303 and/or 305 and is further entitled (pursuant to Section 303(i)), its costs, attorney fees, punitive damages, and actual damages as may be determined in further hearings herein.

DATED, this the 15th day of July, 2011.

RESPECTFULLY SUBMITTED,

/s/L. JACKSON LAZARUS

L. Jackson Lazarus, MSB#1114
P.O. Box 1286
Natchez, MS 39121-1286
Telephone: 601/445-8899

R. Kent Hudson, MSB#2844
319 Main Street
Natchez, MS 39120
Telephone: 601/445-0509
ATTORNEYS FOR GRAND SOLEIL-NATCHEZ, LLC

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the debtor, do hereby certify that I have this day mailed, via U.S. mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Dismiss to each of the following:

Henry G. Hobbs, Jr.
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov
Jackson, MS 39269

Jim F. Spencer
Attorney for Petitioning Creditor
jspencer@watkinseager.com

Bruce M. Kuehnle, Jr.
Attorney for United MS Bank
Kuehnle@bellsouth.net

Eileen N. Shaffer
Attorney for United MS Bank
enslaw@bellsouth.net

Robert C. Latham
Attorney for Petitioning Creditor
rclatham@bellsouth.net

**SO CERTIFIED,** this the 15th day of July, 2011.

/s/L. Jackson Lazarus
**Attorney for the Debtor**

- 4 -

EXHIBIT "A"

## OWNER AND CONTRACTOR'S AGREEMENT

THIS AGREEMENT is made and entered into as of the 15 day of March, 2007, by and between Big River Enterprises, LLC, a Wisconsin Limited Liability Company, represented herein by William J. Bayba ("Owner"), and Good Hope Construction Company, LLC, a Mississippi Limited Liability Company, represented herein by Vidal A. Davis, as General Contractor (hereafter "Contractor").

1. Project. The Project, as hereafter referred, is the partial demolition, reconstruction and renovation of what is commonly known as the "Ramada Inn Hilltop" being a hotel property located on the bluffs immediately south of the Mississippi River Bridge, Natchez, Mississippi.

2. Date of Commencement. The date of commencement of the Project shall be the date of this Agreement unless a different date is agreed by Owner and Contractor.

3. Architect. The Architect, as hereafter referred, is Wendell Potratz, Pro Group, Incorporated, 405 South Third Avenue, Suite 200, Sioux Falls, South Dakota, 57104.

4. Drawings and Specifications. The Drawings and Specifications, as hereafter referred, shall be those certain plans, drawings and specifications prepared by the Architect and which plans and specifications will be furnished to Contractor for review.

5. Scope of Work. Contractor's scope of work as to the Project will be to provide all licenses, permits, governmental approvals, insurance (including Workmen's Compensation insurance) and such labor and materials as may be required by the Owner and Architect during the course of construction of the Project. It is agreed that the Owner may designate specific persons or entities that the Contractor shall employ or from whom Contractor shall obtain bids or subcontracts. In the event Owner is unable to locate subcontractors for certain jobs to be performed on the Project, Contractor agrees to utilize his best skills, efforts and judgment and to locate workers and materials to perform those particular jobs on the Project in the most expeditious and economical manner consistent with the interest of the Owner. Subcontracts by Subcontractors located by the Contractor shall not be awarded on the basis of a "cost-plus" fee without the prior consent of the Owner. Owner agrees to exercise his best efforts to enable Contractor to perform the work in the best way and most expeditious manner by furnishing all required information and schedules and by making timely payments to Contractor in accordance with terms of this agreement.

6. Contractor/Owner Responsibility for Payment of Sub-Contracts. Unless specifically agreed by Owner and Contractor, Owner shall be responsible for the prompt and full payment of any sub-contractor or materialmen furnishing labor or materials to the Project which the Owner may directly contract or secure. Otherwise, Contractor warrants and represents that all sub-contractors hired or secured by Contractor (1) will be paid on a timely basis, (2) will be required to have (current and in place) worker's compensation insurance and (3) will secure lien waivers from all such sub-contractors. Contractor acknowledges that Owner will finance a

-1-

portion of the construction of the Project and that it is imperative that no contractor lien or materialmen's lien be filed at any time during the course of this Project which would impede or interfere with Owner's ability to secure and/or maintain financing.

7. **Contract Sum and Contractor's Fee.** It is understood that the projected construction budget for the Project ("Projected Cost of Construction") is $6,000,000. However, the Contractor's fee shall equal three percent (3%) of the Actual Cost of Construction. It is agreed that the Contractor's fee will be tendered in three (3) periodic payments as provided below, the first two payments shall be calculated based on the Projected Cost of Construction, with final payment being adjusted for Actual Cost of Construction.

The periodic payments to Contractor shall be as follows:

- 33.3% of the projected cost shall be paid on or before June 15, 2007.
- 33.3% of the projected cost shall be paid on or before September 15, 2007.
- 33.4% of the actual cost of construction (as adjusted form projected cost) shall be paid within ten (10) days following completion of the Project as certified by the Architect.

8. **Actual Cost of Construction.** The term "Actual Cost of Construction" shall mean the costs incurred by Owner and Contractor in providing all labor, materials, fees and expenses required to complete construction of the Project in substantial compliance with the drawings and specifications. Actual Cost of Construction shall include only the following items unless otherwise specifically agreed by Owner and Contractor:

- Wages of construction workers and supervisory personnel directly employed by the Contractor, sub-contractors and Owner at the Project site or at off-site workshops.
- Costs paid or incurred by the Contractor, subcontractors and Owner for taxes, insurance, assessments and benefits attributable to the Project.
- Payments made by the Contractor or sub-contractors furnishing labor or materials to the Project.
- Costs of materials and equipment required to complete the Project.
- Costs, including transportation, of materials and equipment incorporated or to be incorporated in the completed construction.
- Costs, including transportation, of dismantling and/or removal of materials, supplies, temporary facilities, machinery, equipment, which are attributable to the Project (at the site) and fully consumed in the performance of the work, and cost, less salvage value, on any such items if not fully consumed, whether sold to others or retained by Contractor, Owner or sub-contractors.
- Rental charges for temporary facilities, machinery, equipment and hand tools not customarily owned by the Contractor or the construction workers which are provided by the Contractor at the site, whether rented from the Contractor or others, and costs of minor repairs and replacements.

-2-

- Rates and quantities of equipment rented shall be subject to Owner's prior approval.
- Cost of removal of debris from the site.
- That portion of Contractor's expense directly attributable to this Project for premiums for insurance and bonds (if any).
- Sales, use or other taxes imposed by governmental authorities which are related to the Project for which the Contractor or Owner is liable.
- Fees and assessments for the building permit and for other permits, licenses and inspections for which the Contractor or Owner is required to pay that are attributable to the Project.
- All unused excess materials, if any, shall be handed over to Owner at the completion of the Project, or, at Owner's option, shall be sold and amounts realized, if any, from such sale shall be credited to Owner as a deduction from the Actual Cost of Construction.

9. **Other Costs.** All other costs incurred by Contractor in the performance of his work on the Project shall only be included in the Actual Cost of Construction to the extent such has been approved by the Owner in advanced of incurrence. The cost of FF&E is specifically excluded from the determination of the Actual Cost of Construction.

10. **Progress Payments.** Owner and Contractor shall establish a Construction Account at a local bank. Upon submission of an Application for Payment to Owner, Owner shall immediately (within 48 hours) deposit into said Construction Account the amount of the request.

11. **Application for Payment.** With each Application for Payment, the Contractor shall submit payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached, lien waivers and any other evidence reasonably required by the Owner or Architect or Owner's lender to demonstrate that cash disbursements to be made by the Contractor constitute qualified elements of "Cost of Construction".

12. **Waiver of Liens.** Contractor specifically waives any and all rights to file a construction lien notice against the property during the term of this Contract and agrees that Contractor's sole remedy for any default on the part of the Owner shall be via arbitration as hereinafter provided.

13. **Accounting Records.** Both Owner and Contractor shall keep full and detailed accounts and exercise such controls as may be necessary for proper financial management under this contract; the accounting and control systems shall be satisfactory to both the Owner's and Contractors accountants or accounting agents and each shall be afforded access reasonable access to the other's records, books, correspondence, instructions, drawings, receipts, sub-contracts, purchase orders, vouchers and other data relating to this contract. Owner and Contractor shall preserve these records for a period of at least two (2) years after final payment.

14. **Termination or Suspension.** This Contract may be terminated by the Owner at any time during the course of the Project, with or without cause. If the Owner elects to terminate

-3-

the Contract, the Owner shall pay Contractor all sums (including the percentage of the Contractor's fee earned as of the time of termination) that are due and owing to Contractor for all work completed and materials furnished to the Project. All such sums shall be paid within ten (10) days after notification, in writing, of termination. Any expense incurred by Owner as a result of specific acts of negligence in the performance of work on the Project by Contractor or Contractor's employees or direct Sub-Contractors shall be deducted from the amount owed.

Contractor may terminate this Contract with ten (10) days written notice to Owner, with or without cause. Contractor may also terminate this Contract in the event of default of any payment due to Contractor under the terms of this Agreement and which default has not been cured by Owner within ten (10) days of receipt of written notice from Contractor to the Owner specifying such default. In the event of termination by Contractor, Owner shall pay Contractor all sums (including the percentage of the Contractor's fee earned as of the time of termination) that are due and owing to Contractor for all work completed and materials furnished to the Project. All such sums shall be paid within fifteen (15) days after written notification of termination.

15. **Arbitration.** By entering into this Agreement, the Owner and Contractor agree that all disputes as between them shall be resolved via binding arbitration and herby waive any right to initiate any court or legal proceeding except as may be required to enforce a decision of the arbitrators. In the event any dispute cannot be resolved by agreement of the parties, the aggrieved party may invoke his right of arbitration by written notice to the other. Within five (5) days of receipt of such written notification, the aggrieved party and the non-aggrieved party shall each select one arbitrator. The two arbitrators thus selected shall then mutually select a third arbitrator. The three arbitrators shall then convene and resolve by majority vote all disputes that may arise under this agreement. Each party shall have to right and shall be given reasonable opportunity to present his dispute position to the arbitrators either in writing or at a convened hearing. The arbitration proceedings shall take place in the City of Natchez, Mississippi and the arbitrators shall notify Owner and Contractor of the decision of the panel as to all disputes within ten (10) days after presentation by the Owner and Contractor unless an extension thereof is agreed to in writing by the Owner and Contractor. The decision of the arbitrators shall be final and non-appealable.

(Signatures appear on the following page)

-4-

SO AGREED, this the 15th day of March, 2007.

OWNER:

BIG RIVER ENTERPRISES, LLC

_____
William J. Bayba, Member

CONTRACTOR:

GOOD HOPE CONSTRUCTION, LLC

_____
Vidal A. Davis, Member

-5-

EXHIBIT "B"

# Invoice

**Good Hope Construction, LLC**

P.O. Box 514
Natchez, MS 39121

| Date | Invoice # |
|---|---|
| 2/4/2009 | 203 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Project Management | Project Management | 11,047.00 | | 11,047.00T |
| | Additional sidewalks, curbs flowable fill, etc. - Change order | | | |
| | W & W Plumbing: labor - hotel plumbing | 9,631.00 | 1/8/2009 | 9,631.00T |
| | W & W Plumbing: materials - hotel plumbing | 19,561.52 | 1/8/2009 | 19,561.52T |
| | Guaranteed Roofing: hotel roofing | 14,840.00 | 1/19/2009 | 14,840.00T |
| | Guaranteed Roofing: hotel roofing | 13,540.00 | 1/19/2009 | 13,540.00T |
| | Guaranteed Roofing: hotel roofing | 2,700.00 | 1/19/2009 | 2,700.00T |
| | Jordan, Kaiser & Sessions: Compression strength of concrete cylinders | 972.50 | 1/19/2009 | 972.50T |
| Build out | | | | 61,245.02T |
| | Fitzgerald & Son Masonry: labor to remove brick archway | 300.00 | 2/4/2009 | 300.00T |
| | Contractor's sales tax | 3.62694% | | 2,632.87 |

| | |
|---|---|
| **Subtotal** | $72,592.02 |
| **Total** | $75,224.89 |

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 201 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Hours-Butch | Butch Johnson<br>6 hours @ $25.00 per hour<br>12/01-12/31/08 | 25.00 | 12/31/2008 | 150.00T |
| Forklift rent | December '08 rent | 2,000.00 | 12/31/2008 | 2,000.00T |
| | Jordan, Kaiser & Sessions: Hotel staking, light pole stakeout | 680.00 | 11/25/2008 | 680.00T |
| | Capitol Hardware: maglocks, honeywell contacts, cable, wire, | 8,391.00 | 11/25/2008 | 8,391.00T |
| | St. Catherine Ready Mix: 3000 psi concrete | 1,305.00 | 12/3/2008 | 1,305.00T |
| | Jordan, Kaiser & Sessions: Testing, laboratory services, field technician | 1,202.50 | 12/4/2008 | 1,202.50T |
| | Jordan, Kaiser & Sessions: Compression strength of concrete cylinders | 50.00 | 12/5/2008 | 50.00T |
| | Westaff: labor - w/e 11/29/08 | 75.12 | 12/9/2008 | 75.12T |
| | Scott Welding: Labor to repair dumpster | 378.67 | 12/9/2008 | 378.67T |
| | Scott Welding: Material to repair dumpster | 59.50 | 12/9/2008 | 59.50T |
| | Two J Ranch : 610 rock | 562.05 | 12/15/2008 | 562.05T |
| Build out | | | | 12,703.84T |
| | Contractor's sales tax | 3.62694% | | 538.74 |

| | | |
|---|---|---|
| | **Subtotal** | $14,853.84 |
| | **Total** | $15,392.58 |

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2008 | 197 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS  39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Hours-Butch | Butch Johnson | 25.00 | 12/1/2008 | 1,050.00T |
| | 42 hours @ $25.00 per hour 11/01-11/30/08 | | | |
| Forklift rent | November '08 rent | 2,000.00 | 12/1/2008 | 2,000.00T |
| Mileage-Butch | Mileage by Butch Johnson | 0.505 | 12/1/2008 | 202.00T |
| | 400 miles @ .505 per mile 11/01-11/30/08 | | | |
| | James Williams: Seventh draw on stucco labor & materials | 10,500.00 | 10/31/2008 | 10,500.00T |
| | Guaranteed Roofing: hotel roofing | 10,849.50 | 11/10/2008 | 10,849.50T |
| | Guaranteed Roofing: hotel roofing | 20,080.80 | 11/10/2008 | 20,080.80T |
| | Quality Glass: labor & materials to install safety glasses in office windows | 365.00 | 11/10/2008 | 365.00T |
| | Overhead Door Co: install cornell counter shutters | 995.00 | 11/12/2008 | 995.00T |
| | Miss-Lou Fire Equipment: Service fire extinguishers | 216.68 | 11/12/2008 | 216.68T |
| | Quality Glass: labor & materials to install beveled mirrors in hostess area | 895.00 | 11/13/2008 | 895.00T |
| | Quality Glass: labor & materials to install 3 plate mirrors in bathrooms | 295.00 | 11/13/2008 | 295.00T |
| | Quality Glass: labor & materials to install bar mirrors | 1,100.00 | 11/13/2008 | 1,100.00T |
| | Quality Glass: labor & materials to install shelves for bar | 315.00 | 11/13/2008 | 315.00T |
| | Chet's Plumbing & Heating: Partial billing #11 - Hotel plumbing | 34,681.00 | 11/17/2008 | 34,681.00T |
| | Miss-Lou Steel: fabricate & install stairs | 1,500.00 | 11/17/2008 | 1,500.00T |
| | Kaiser Petroleum: diesel for equipment | 65.93 | 11/18/2008 | 65.93T |
| | St. CatherineReady Mix: Grout with pea gravel | 1,010.00 | 11/21/2008 | 1,010.00T |
| | Cliburn Acoustics: Install accustical ceilings | 13,714.50 | 11/24/2008 | 13,714.50T |
| | Andrew Johnson: 30 hours labor - cleanup | 300.00 | 11/25/2008 | 300.00T |
| Build out | | | | 96,883.41T |
| | Contractor's sales tax | 3.62694% | | 3,631.85 |

| | Subtotal | $100,135.41 |
|---|---|---|
| | **Total** | $103,767.26 |

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2008 | 195 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Hours-Butch | Butch Johnson<br>56 hours @ $25  10/01-10/31/08 | 25.00 | 11/3/2008 | 1,400.00T |
| Forklift rent | October '08 rent | 2,000.00 | 11/3/2008 | 2,000.00T |
| Mileage-Butch | Mileage by Butch Johnson<br>800 miles @ .505 per mile 10/01-10/31/08 | 0.505 | 11/3/2008 | 404.00T |
| Project Management | Project Management<br>Payment 3 of 3 - Lump sum price of $789,000.00<br>Concrete Work & Drainage | 263,000.00 | 11/3/2008 | 263,000.00T |
| Project Management | Project Management<br>Additional Storm Drainage - Change Order 09/23/08 | 16,378.00 | 11/3/2008 | 16,378.00T |
| Misc Item | Diesel pumped from Good Hope Construction fuel tank - 45 gal @ $3.55 per gallon | 159.75 | 11/3/2008 | 159.75T |
| | Concordia Lumber: 2 x 6, 2 x 4 | 29.55 | 9/11/2008 | 29.55T |
| | Direct Scaffold Services: credit - overcharge on dismantle | -8,089.20 | 9/26/2008 | -8,089.20T |
| | Westaff: contract labor w/e 09/27/08 | 181.54 | 10/1/2008 | 181.54T |
| | Kaiser Petroleum: fuel for equipment | 83.43 | 10/3/2008 | 83.43T |
| | Westaff: contract labor w/e 10/04/08 | 200.32 | 10/7/2008 | 200.32T |
| | A-1 Port-A-Can:4 units, rental 09/04-10/04/08 | 406.60 | 10/7/2008 | 406.60T |
| | Chet's Plumbing & Heating: Partial billing #10 - Hotel plumbing | 59,000.00 | 10/7/2008 | 59,000.00T |
| | Direct Scaffold Services:Rental 10/08-11/14/08 | 55.64 | 10/8/2008 | 55.64T |
| | Jordan, Kaiser & Sessions: Laboratory services, field services 09/01-09/30 | 140.00 | 10/8/2008 | 140.00T |
| | Jordan, Kaiser & Sessions: Hotel staking 08/01-09/30/08 | 4,525.00 | 10/9/2008 | 4,525.00T |
| | James Williams: Sixth draw on stucco labor & materials | 59,200.00 | 10/10/2008 | 59,200.00T |
| | Direct Scaffold Services:Rental 10/08-11/09/08 | 1,193.24 | 10/13/2008 | 1,193.24T |
| | Two J Ranch: rock for driveway to Briars | 859.28 | 10/13/2008 | 859.28T |
| | Quality Glass: labor & materials for plate mirrors | 3,500.00 | 10/14/2008 | 3,500.00T |
| | Quality Glass: labor & materials to install pivots to doors | 295.00 | 10/14/2008 | 295.00T |
| | Overhead Door Co: rolling fire door | 870.00 | 10/14/2008 | 870.00T |

**Subtotal**

**Total**

Page 1

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2008 | 195 |

| Bill To |
|---|
| Big River Enterprises, LLC<br>320 Main Street<br>Natchez, MS 39120 |

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Build out | Stine: t post, barricade tape | 68.89 | 10/15/2008 | 68.89T |
| | Direct Scaffold Services: Prorated equip on invoice 0015077 | -894.93 | 10/16/2008 | -894.93T |
| | Guaranteed Roofing: Patch 6 holes | 780.00 | 10/16/2008 | 780.00T |
| | Two J Ranch: rock for driveway to Briars | 434.64 | 10/22/2008 | 434.64T |
| | Cliburn Acoustics: Install acoustical ceilings | 5,475.50 | 10/23/2008 | 5,475.50T |
| | Two J Ranch: rock for driveway to Briars | 599.34 | 10/27/2008 | 599.34T |
| | Westaff: contract labor w/e 1025/08 | 200.32 | 10/28/2008 | 200.32T |
| | Two J Ranch : 610 rock | 1,589.09 | 10/31/2008 | 1,589.09T |
| | Quality Glass: labor & materials to install mirrors in restrooms | 975.00 | 11/5/2008 | 975.00T |
| | Jordan, Kaiser & Sessions: Testing 10/01-10/30/08 | 1,127.50 | 11/5/2008 | 1,127.50T |
| | AmFed audit of 10/7/07-10/7/08 | 381.47 | 11/6/2008 | 381.47T |
| | Miss-Lou Steel: weld flat bar on door frame | 160.00 | 11/6/2008 | 160.00T |
| | Logan Construction: Dig out washer drain, pour washer box foundation, forming foundation for concrete sample | 1,580.00 | 11/7/2008 | 1,580.00T |
| | | | | 134,927.22T |
| | Contractor's sales tax | 3.62694% | | 15,170.36 |

| | | |
|---|---|---|
| | **Subtotal** | $418,268.97 |
| | **Total** | $433,439.33 |

Page 2

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2008 | 194 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Project Management | Project Management<br>33.4 % of Contractor's Fee (3 of 3 periodic payments) | 60,000.00 | | 60,000.00T |
| | Contractor's sales tax | 3.62694% | | 2,176.16 |

| | | |
|---|---|---|
| | **Subtotal** | $60,000.00 |
| | **Total** | $62,176.16 |

**Good Hope Construction, LLC**

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2008 | 190 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS  39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Hours-Butch | Butch Johnson<br>67 hours @ $25  09/01-09/30-08 | 25.00 | 10/1/2008 | 1,675.00T |
| Mileage-Butch | Mileage by Butch Johnson<br>800 miles @ .505 per mile 09/01-09/30/08 | 0.505 | 10/1/2008 | 404.00T |
| Forklift rent | September rent | 2,000.00 | 10/1/2008 | 2,000.00T |
| Project Management | Project Management<br>Good Hope Construction:  Payment 2 of 3 - Lump sum price of $789,000.00<br>Concrete Work & Drainage | 263,000.00 | 10/1/2008 | 263,000.00T |
| | Home Hardware: 2 x 4 x 16 treated pine #2 | 124.45 | 8/4/2008 | 124.45T |
| | Kaiser Petroleum: fuel for equipment | 186.59 | 8/8/2008 | 186.59T |
| | Kaiser Petroleum:  fuel for equipment | 180.64 | 9/5/2008 | 180.64T |
| | Quality Glass: 11 pieces of wireglass for metal frames | 125.00 | 9/5/2008 | 125.00T |
| | A-1 Port-A-Can:4 units, rental 08/04-09/04/08 | 406.60 | 9/6/2008 | 406.60T |
| | Direct Scaffold Services: Rental 09/10-10/07/08 | 135.64 | 9/11/2008 | 135.64T |
| | Kaiser Petroleum: fuel for equipment | 188.58 | 9/12/2008 | 188.58T |
| | Kaiser Petroleum: fuel for equipment | 138.95 | 9/12/2008 | 138.95T |
| | Direct Scaffold Services: Rental 09/15-10/12/08 | 1,150.73 | 9/16/2008 | 1,150.73T |
| | Direct Scaffold Services: Labor - Dismantle only | 8,089.20 | 9/17/2008 | 8,089.20T |
| | Direct Scaffold Services:  Credit on freight | -80.00 | 9/18/2008 | -80.00T |
| | Gamberi Feed & Supply: hay - 20 @ $5.50 | 110.00 | 9/18/2008 | 110.00T |
| | Home Hardware: pushbrooms | 69.98 | 9/19/2008 | 69.98T |
| | Direct Scaffold Services:Rental 09/10-10/12/08 | 122.52 | 9/19/2008 | 122.52T |
| | W & W Plumbing: labor - kitchen area, sewer from penthouse, water lines, | 9,900.00 | 9/19/2008 | 9,900.00T |
| | W & W Plumbing: materials | 23,718.23 | 9/19/2008 | 23,718.23T |
| | Kaiser Petroleum: fuel for equipment | 178.65 | 9/23/2008 | 178.65T |
| | Westaff: contract labor w/e 09/20/08 | 400.64 | 9/23/2008 | 400.64T |
| | Guaranteed Roofing: Roofing - Repairs after storm | 4,500.00 | 9/23/2008 | 4,500.00T |

**Subtotal**

**Total**

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2008 | 190 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Build out | Cliburn Acoustics: Install acoustical ceilings | 26,525.00 | 9/24/2008 | 26,525.00T |
| | Waycaster & Associates: 16 set bluelines | 47.00 | 9/25/2008 | 47.00T |
| | James Williams: Fifth draw on stucco labor & materials | 40,000.00 | 9/25/2008 | 40,000.00T |
| | | | | 116,218.40T |
| | Contractor's sales tax | 3.62694% | | 13,901.97 |

| | |
|---|---|
| **Subtotal** | $383,297.40 |
| **Total** | $397,199.37 |

Page 2

Good Hope Construction, LLC

P.O. Box 514

Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 175 |

**Bill To**

Big River Enterprises, LLC
320 Main Street
Natchez, MS 39120

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Hours-Butch | Butch Johnson<br>14 hours overtime @ $37.50 | 37.50 | 5/6/2008 | 525.00T |
| Hours-Butch | Butch Johnson<br>22 hours @ $25.00 | 25.00 | 5/6/2008 | 550.00T |
| Skid steer rent | Skid steer rent<br>Skid steer rental - 2 ea. @ $50.00 per hour | 50.00 | 5/6/2008 | 800.00T |
| Tool rental | Tool rental<br>Good Hope Construction: tool/equipment rental @ $1000.00 week | 1,000.00 | 5/6/2008 | 1,000.00T |
| Forklift rent | Forklift rent: 1 week @ $500.00 week | 500.00 | 5/6/2008 | 500.00T |
| Mileage-Butch | Mileage by Butch Johnson<br>Good Hope Construction Truck Expense: 200 miles @ .505 | 101.00 | 5/6/2008 | 101.00T |
| Worker's Comp Ins | Worker's Compensation Insurance | 1.00 | 5/6/2008 | 189.17T |
| Skid steer rent | Skid steer rent<br>Mobilization - Skid steer | 500.00 | 5/6/2008 | 500.00T |
| Supervisory fees | Supervisory fees<br>Tommy Bee: 1 week @ $1000.00 | 1,000.00 | 5/7/2008 | 1,000.00T |
| | Stine: 2 x 10's 2 x 4's, plywood, nails, roll roof, screws | 300.17 | 4/29/2008 | 300.17T |
| | Stine: screws | 11.26 | 4/29/2008 | 11.26T |
| | Stine: 2 x 4's | 126.96 | 4/29/2008 | 126.96T |
| | Stine: 2 x 4's | -91.44 | 4/29/2008 | -91.44T |
| | Home Hardware: nuts, bolts, washers, couplers, plugs | 77.65 | 4/30/2008 | 77.65T |
| | Miss-Lou Steel: 1/8 plate | 92.00 | 4/30/2008 | 92.00T |
| | Donald McNeely: labor - barge repairs | 200.00 | 5/7/2008 | 200.00T |
| | Riverside Timber: loader rental | 4,427.34 | 5/7/2008 | 4,427.34T |
| | Landscape Resources: Crane truck for ramp repairs after barge damage | 1,430.00 | 5/7/2008 | 1,430.00T |
| | Westaff: contract labor w/e 05/03/08 | 3,155.04 | 5/3/2008 | 3,155.04T |

**Subtotal**

**Total**

Good Hope Construction, LLC

P.O. Box 514
Natchez, MS 39121

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 175 |

| Bill To |
|---|
| Big River Enterprises, LLC<br>320 Main Street<br>Natchez, MS 39120 |

| Terms | Project |
|---|---|
| Net 10 | |

| Item | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| Build out | | | | 9,728.98T |
| 10% Markup | 10% Markup | 972.90 | | 972.90 |
| | Casino Boat repairs and cost incurred due to damage done by barge collision: Includes ramp reconstruction, loss time, drift removal, moving of casion boat until boat was back to original position with access ramp installed. | | | |
| | Contractor's sales tax | 3.62694% | | 540.20 |

| | |
|---|---|
| **Subtotal** | $15,867.05 |
| **Total** | $16,407.25 |