B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re **Grand Soleil-Natchez, LLC** Debtor(s)   Case No. **11-01632-npo**   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adams County Tax Colle** PO Box 1128 Natchez, MS 39121 | **Adams County Tax Colle** PO Box 1128 Natchez, MS 39121 | 2010 Ad Valorem*** | | 114,400.00 |
| **Badger Heating & Cooli** 5348 US Hwy 10E Stevens Point, WI 54481 | **Badger Heating & Cooli** 5348 US Hwy 10E Stevens Point, WI 54481 | | | 155,580.00 |
| **Balch & Bingham** 401 E Capitol St Suite 200 Jackson, MS 39201 | **Balch & Bingham** 401 E Capitol St Suite 200 Jackson, MS 39201 | | | 98,274.48 |
| **Charles Cato** 8285 30th Ave. North Saint Petersb, FL 33710 | **Charles Cato** 8285 30th Ave. North Saint Petersb, FL 33710 | Williams Tract*** Hotel Tract*** The Briars*** | Contingent*** Disputed | 14,500,000.00*** (12,975,000.00 secured)*** (13,441,046.00 senior lien)*** |
| **CW Paint & Repairing** 246 Lincoln St Amherst, WI 54406 | **CW Paint & Repairing** 246 Lincoln St Amherst, WI 54406 | | | 40,805.00 |
| **DOT Coatings** 1517 Ravine Dr Green Bay, WI 54313 | **DOT Coatings** 1517 Ravine Dr Green Bay, WI 54313 | | | 57,000.00 |
| **Farmer Electric** PO Box 17971 Natchez, MS 39120 | **Farmer Electric** PO Box 17971 Natchez, MS 39120 | | | 450,000.00 |
| **Good Hope Construction** PO Box 514 Natchez, MS 39121 | **Good Hope Construction** PO Box 514 Natchez, MS 39121 | | | 950,000.00 |
| **Great Supply** PO Box 910 Monmouth Junc, NJ 08552-0910 | **Great Supply** PO Box 910 Monmouth Junc, NJ 08552-0910 | | | 42,000.00 |
| **Helios** Building 1103, Ste 147 Stennis Space, MS 39529 | **Helios** Building 1103, Ste 147 Stennis Space, MS 39529 | | Disputed*** | 65,592.34 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Grand Soleil-Natchez, LLC**                                         Case No.  **11-01632-npo**
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IRS ***<br>PO Box 69<br>Memphis, TN 38101-0069 | IRS***<br>PO Box 69<br>Memphis, TN 38101-0069 | Williams Tract ***<br>Hotel Tract ***<br>The Briars *** | | 300,290.15 ***<br>(12,975,000 ***.00 secured)<br>(13,441,046.00 senior lien) *** |
| IRS - Federal Payroll Tax Withholding<br>PO Box 660264<br>Dallas, TX 75266 | IRS - Federal Payroll Tax Withholding<br>PO Box 660264<br>Dallas, TX 75266 | | | 115,892.42 |
| Kent R Hudson<br>319 Main St<br>Natchez, MS 39120 | Kent R Hudson<br>319 Main St<br>Natchez, MS 39120 | Legal Fees *** | | 220,000.00 |
| Krukowski Stone Co.<br>3781 City Rd C<br>Mosinee, WI 54455 | Krukowski Stone Co.<br>3781 City Rd C<br>Mosinee, WI 54455 | | | 49,514.00 |
| MS State Tax Comm.<br>Attn: Marilyn Killings<br>PO Box 3999<br>Brookhaven, MS 39603 | MS State Tax Comm.<br>Attn: Marilyn Killings<br>PO Box 3999<br>Brookhaven, MS 39603 | MS Sales, Special and Occupancy Tax | | 64,609.83 |
| Multicom, Inc<br>830 Wilson Dr<br>Ste D<br>Ridgeland, MS 39157 | Multicom, Inc<br>830 Wilson Dr<br>Ste D<br>Ridgeland, MS 39157 | Judgment dated 01/27/2010 *** | | 56,843.30 *** |
| Option Supply Inc<br>4415 N Lewis Ave<br>Sioux Falls, SD 57104 | Option Supply Inc<br>4415 N Lewis Ave<br>Sioux Falls, SD 57104 | | | 152,899.00 |
| Rollie Stinski ***<br>3647 McKinley St NE #1<br>Minneapolis, MN 55418 | Rollie Stinski ***<br>3647 McKinley St NE #1<br>Minneapolis, MN 55418 | Williams Tract *** | | 150,000.00 ***<br>(5,000,000.00 secured) ***<br>(7,550,000.00 senior lien) *** |
| WG Yates & Sons Constr***<br>PO Box 656<br>Philadelphia, MS 39350 | WG Yates & Sons Constr ***<br>PO Box 656<br>Philadelphia, MS 39350 | Williams Tract *** | | 2,900,000.00 ***<br>(5,000,000.00 secured) ***<br>(4,650,000.00 senior lien) *** |
| Wolf Enterprises<br>5424 US Hwy 10E<br>Stevens Point, WI 54481 | Wolf Enterprises<br>5424 US Hwy 10E<br>Stevens Point, WI 54481 | | | 339,002.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Grand Soleil-Natchez, LLC**                                  Case No.  **11-01632-npo**
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 8, 2011**                         Signature  **/s/ Bill Bayba**
                                                              **Bill Bayba**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.