UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IN RE:

GRAND SOLEIL – NATCHEZ, LLC,                         CASE NO. 11-01632-NPO

DEBTOR.                                                                    CHAPTER 11

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

Pursuant to Fed. R. Bankr. Proc. 2019, the law firm of Watkins Ludlam Winter & Stennis, P.A. ("WLWS") of Jackson, Mississippi, files this Verified Statement of Multiple Representation to provide the following information:

1. WLWS has been asked to represent the following parties-in-interest in the above-referenced matter: (1) RJB Financing, LLC ("RJB"); and (2) Robert L. Berard ("Berard").

2. The address for RJB is 1445 North Plover Heights Road, Stevens Point, Wisconsin 54481. The representation of RJB by WLWS in this case began in September, 2011. The nature of the interest of RJB will be reflected in pleadings filed on its behalf.

3. The address for Berard is 1445 North Plover Heights Road, Stevens Point, Wisconsin 54481. The representation of Berard by WLWS in this case began in August, 2011. The nature of the interest of Berard will be reflected in pleadings filed on his behalf.

4. WLWS is acting as counsel for RJB and Berard. Each party was informed of the multiple representation by WLWS and has consented thereto.

DATED: September 9, 2011.

Respectfully submitted,

RJB FINANCING, LLC and ROBERT L. BERARD

By Their Attorneys,
WATKINS LUDLAM WINTER & STENNIS, P.A.

By: /s/ Kristina M. Johnson
KRISTINA M. JOHNSON

Kristina M. Johnson
Bar No. 9382
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone (601) 949-4785
Telecopy (601) 949-4804
Email kjohnson@watkinsludlam.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

John D. Moore, Esq.
john@johndmoorepa.com

Betty Ruth Fox, Esq.
bfox@watkinseager.com

Jim F. Spencer, Jr., Esq.
jspencer@watkinseager.com

Robert C. Latham, Esq.
rclatham@bellsouth.net

2

4084200.1/20177.37837

Eileen N. Shaffer, Esq.
enslaw@bellsouth.net

David N. Usry, Esq.
David.Usry@doj.gov

DATED: September 9, 2011.

s/ Kristina M. Johnson

4084200.1/20177.37837

## VERIFICATION

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the County and State aforesaid, the below named Kristina M. Johnson who, having being duly sworn before me, states on oath that the matters set forth in the foregoing Verified Statement of Multiple Representation are true and correct to the best of her knowledge and belief.

Sworn to and subscribed before me, this the _9th_ day of September, 2011.

_____
NOTARY PUBLIC

My Commission expires:

_9-14-2014_

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 7939 DRU E. THOMAS Commission Expires Sept. 16, 2014 MADISON COUNTY]

4