IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:      GRAND SOLEIL – NATCHEZ, LLC      CHAPTER 11

DEBTOR      Case No. 11-01632- NPO

**NOTICE OF MOTION TO ASSUME LEASE AND EXECUTORY CONTRACT,
AND (II) APPROVE SALE OF CERTAIN REAL AND PERSONAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

TO: All Creditors and Interested Parties

    YOU ARE HEREBY NOTIFIED that Grand Soleil-Natchez, LLC, Debtor in Possession, and John D. Moore, P.A. has filed its *Motion to Assume Lease and Executory Contract, and (II) Approve Sale of Certain Real and Personal Property Free and Clear of Liens, Claims and Interests* [Dkt # 137] (the "Motion") with the Bankruptcy Court.

    A copy of the Motion is attached hereto as Exhibit "1". If no objections are filed within twenty-one (21) days from the date of this Notice with the **Clerk of the U.S. Bankruptcy Court, Southern District of Mississippi, Jackson Division, P. O. Box 2448, Jackson, MS 39205**, and a copy served upon John D. Moore, Attorney for the Debtor, at P. O. Box 3344, Ridgeland, MS 39158-3344, the Court may consider the Motion *ex parte*.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days from the date of this notice, you or your attorney must:

    File with the Court a written request for a hearing explaining your position. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy of your response to:

        John D. Moore, Attorney
        Moore & Manhein, LLP
        P. O. Box 3344
        Ridgeland, MS 39158-3344

        Henry G. Hobbs, Jr.,
        U.S. Bankruptcy Trustee
        501 E. Court St., Ste 6-430
        Jackson, MS 39201

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.  In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing hereon.

   SO NOTICED this the 14th day of September, 2011.

                      /s/John D. Moore
                     JOHN D. MOORE, MSB NO. 10610
                     Attorney for Debtor

Moore & Manhein, LLP
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi 39158-3344
601-853-9131
E-Mail: john@johndmoorepa.com

−3−